### McLeod *et al.* v. Reid.

120 785.
124 606

Evans, J. The defendant in error filed his petition to restrain the plaintiffs in error from enforcing a certain cost fi. fa. issued by the presiding judicial officer in a contested-election case under the Political Code, § 107. The evidence before the judge on the subject of the liability of the defendant in fi. fa. was conflicting, and he passed an order enjoining the fi. fa. until a hearing could be had on the issues of fact raised by the pleadings. The judge did not abuse his discretion in granting the injunction.

*Judgment affirmed. All the Justices concur.*

Argued June 24, — Decided July 19, 1904.

Injunction. Before Judge Roberts. Wilcox superior court. May 24, 1904.

*Hal Lawson* and *J. L. Bankston*, for plaintiffs in error.
*D. B. Nicholson* and *E. D. Graham*, contra.